# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00430-WMR-JSA
### USA v. Mills et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 11/14/2023.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 12:30 P.M.
TIME IN COURT: 1:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Geraldine Glover
DEPUTY CLERK: Sherri Lundy

DEFENDANT(S): [2]Raphael Ogunsusi Present at proceedings

ATTORNEY(S) PRESENT:
Drew Findling representing Raphael Ogunsusi
Marissa Goldberg representing Raphael Ogunsusi
David O'Neal representing USA

PROCEEDING CATEGORY:
MINUTE TEXT:

Sentencing Hearing(Sentencing Hearing Non-evidentiary);

Court began by discussing guidelines. Kehinde Aina, Mark Ogunsusi, Michael Ogunsusi and Patricia Ogunsusi spoke on Defendant's behalf. Defendant allocuted. Defendant sentenced as to Count 1 and Count 66 of the Criminal Indictment and advised of appeal rights. See Judgment and Commitment for sentence. BOND

HEARING STATUS: Hearing Concluded